# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2014

147296

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WAYNE COUNTY EMPLOYEES
RETIREMENT SYSTEM and WAYNE COUNTY
RETIREMENT COMMISSION,
        Plaintiffs/
        Counter-Defendants-Appellees,

v

        SC: 147296
        COA: 308096
        Wayne CC: 10-013013-AW

CHARTER COUNTY OF WAYNE,
        Defendant/
        Counter-Plaintiff-Appellant,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
        Defendant-Appellant.

_____/

On March 5, 2014, the Court heard oral argument on the application for leave to appeal the May 9, 2013 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) an identification of the source and nature of the County's power to move funds from the Inflation Equity Fund (IEF); (2) whether the movement of IEF assets to the defined benefit plan without the corresponding offset to the County's Annual Required Contribution violates the Public Employee Retirement System Investment Act (PERSIA), MCL 38.1132 *et seq.*; and (3) whether the movement of $32 million in IEF assets to the defined benefit plan constitutes a "transaction" within the meaning of MCL 38.1133(8). The parties should not submit mere restatements of their previous briefs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



Clerk

t0325